IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50320
Summary Calendar
_____


AGUSTIN HERNANDEZ,

Plaintiff-Appellant,

versus

EL PASO COMMUNITY COLLEGE,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-94-CV-248
- - - - - - - - - -
January 18, 1996
Before GARWOOD, DAVIS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Agustin Hernandez appeals from the district court's grant of
summary judgment in favor of the El Paso Community College on
claims of employment discrimination under Title VII of the Civil
Rights Act and the Americans with Disabilities Act.  Hernandez
argues that, even though he did not file a charge with the Equal
Employment Opportunity Commission within 300 days of the alleged
discrimination, the district court erred in declining to apply

_____

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

equitable tolling and to address the merits of his complaint.  We

have reviewed the record and the district court's opinion and

find no reversible error.  We affirm for essentially the reasons

given by the district court.  The motion for appointment of

counsel on appeal is DENIED.

AFFIRMED.